No. 03–5225. BURGESS v. DAVIS. C. A. 5th Cir. Certiorari denied.

No. 03–5226. AGYEMAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5227. FULLER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 03–5228. JERRERA-BENAVIDES v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–5229. BRADLEY v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–5230. KANDEKORE v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 03–5231. LORITZ v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 03–5233. CRIEGHTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5234. SWAN v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 03–5235. ROGERS v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5236. SMITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5237. RICHMOND v. SMALL. C. A. 9th Cir. Certiorari denied.

No. 03–5238. SIGMOND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5239. MADDEN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5240. BATTLE v. PRYOR, ATTORNEY GENERAL OF ALABAMA. C. A. 11th Cir. Certiorari denied.